UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
CHARLES H. AHRENIUS, *et al.*, ) No. C12-2131RSL
)
      Plaintiffs, )
) ORDER GRANTING PLAINTIFFS'
  v. ) MOTION FOR EXPEDITED
) PERPETUATION DEPOSITION
CLEAVER-BROOKS, INC., )
)
      Defendant. )
_____)

   This matter comes before the Court on plaintiffs' "Motion for Leave of Court to Take Plaintiffs' [sic] Deposition Prior to Formulation of Discovery Plan." Dkt. # 5. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

   (1) Plaintiffs have shown that expedited discovery from Mr. Ahrenius is appropriate in this case.

   (2) Plaintiffs shall, within five days of the date of this Order, provide to defendant the documents required under Section 5.9 of the King County Revised Consolidated Pretrial Style Order and their initial disclosures under Fed. R. Civ. P. 26(a)(1). If defendant identifies shortcomings in the production or requests additional searches or documentation, plaintiffs shall promptly search for responsive materials and make every effort to produce the requested information prior to deposition.

(3) Mr. Ahrenius' deposition shall be scheduled at a mutually agreeable time or times during the week of January 27th.  Every effort shall be made to accommodate Mr. Ahrenius' medical needs, including a late start and/or adjournment from day to day as necessary.

(4) Defendant has seven full hours in which to question Mr. Ahrenius.  The time necessary for plaintiffs to perpetuate Mr. Ahrenius' testimony will not count against defendant's seven hours.

Plaintiffs' motion for an expedited deposition is GRANTED without prejudice to defendant's ability to move for a follow-up deposition later in the case if the need and opportunity arise.

DATED this 11th day of January, 2013.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge