HONORABLE JUDGE ROBERT S. LASNIK

12-CR-02131-DECL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOAN H. AHRENIUS, Individually and as Personal Representative of the Estate of CHARLES H. AHRENIUS,<br><br>Plaintiff,<br><br>v.<br><br>CLEAVER-BROOKS, INC., a Division of AQUA-CHEM, INC.,<br><br>Defendant. | NO. 2:12-cv-02131-RSL<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND CASE DEADLINES** |

### STIPULATION

Come now the parties hereto, by and through their undersigned counsel of record, and stipulate to an extension of the deadlines for the settlement conference and for all dispositive motions, as set forth in the Amended Order Setting Trial Date & Related Dates (DKT #34). In

STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND CASE DEADLINES (2:12-cv-02131-RSL) – 1

CARNEY
BADLEY
SPELLMAN

701 Fifth Avenue, Suite 3600
Seattle, Washington
98104-7010
T (206) 622-8020
F (206) 467-8215

CLE010 5051 om19em62v7

view of the parties' ongoing informal settlement discussions, the parties stipulate and ask that the current settlement conference deadline, December 22, 2013, and the current dispositive motions deadline, January 7, 2014, be extended to January 24, 2014 and February 4, 2014 respectively.

DATED this 19th day of December, 2013.

CARNEY BADLEY SPELLMAN, P.S.               BERGMAN DRAPER LADENBURG


By  /s/ Timothy K. Thorson                           By  /s/ Anna D. Knudson
   Timothy K. Thorson, WSBA #12860                    Matthew P. Bergman, WSBA #20894
   Of Attorneys for Defendant                         Glenn S. Draper, WSBA #24419
   Cleaver-Brooks, Inc.                               Brian F. Ladenburg, WSBA #29531
                                                      Anna D. Knudson, WSBA #37959
                                                      Vanessa Firnhaber Oslund, WSBA #38252
                                                      Chandler H. Udo, WSBA #40880
                                                      Of Attorneys for Plaintiff

### ORDER

**IT IS HEREBY ORDERED** that in accordance with the foregoing stipulation, the Court extends the deadlines for the settlement conference and for all dispositive motions as proposed. The settlement conference deadline shall be extended to January 24, 2014 and the dispositive motions deadline shall be extended to February 4, 2014.

DONE IN OPEN COURT this 23rd day of Dec., 2013.

_____
HONORABLE ROBERT S. LASNIK
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
TO EXTEND CASE DEADLINES (2:12-cv-02131-RSL) – 2

CARNEY BADLEY SPELLMAN
701 Fifth Avenue, Suite 3600
Seattle, Washington 98104-7010
T (206) 622-8020
F (206) 467-8215

CLE010 5051 om19em62v7